628

**Edward POSTEL, Appellant, v. STATE of Texas, Appellee.**

No. 25364.

Court of Criminal Apeals of Texas.
June 6, 1951.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for the offense of rape. The penalty assessed is confinement in the state penitentiary for a term of fifty years.

Since perfecting his appeal to this court, appellant has filed a written motion, duly verified by his affidavit, requesting the dismissal thereof. The motion is granted and the appeal is dismissed.